UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KENTELL SIMMONS**                                              **CIVIL ACTION**

**versus**                                                        **NO. 15-2298**

**TIM MORGAN, WARDEN**                                           **SECTION: "A"(3)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **Kentell Simmons** is **DISMISSED WITH PREJUDICE**.

October 14, 2015

_____
UNITED STATES DISTRICT JUDGE